ACCEPTED
06-14-00208-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/17/2015 4:29:01 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00208-CR

| | | | |
|---|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** | |
| | § | | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| **VS.** | § | **6TH COURT** | 6/17/2015 4:29:01 PM |
| | § | | DEBBIE AUTREY<br>Clerk |
| **TONY DEWAYNE CRAYTON** | § | **OF APPEALS** | |

### MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Tony Dewayne Crayton, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 8th Judicial District Court of Hopkins County, Texas.

2.      The case below was styled the STATE OF TEXAS vs. Tony Dewayne Crayton, and numbered 1323670.

3.      Appellant was convicted of Murder.

4.      Appellant was assessed a sentence of 50 years on November 24, 2014.

5.      Notice of appeal was given on November 24, 2014.

6.      The clerk's record was filed on March 26, 2015; the reporter's record was filed on January 27, 2015.

7. The appellate brief is presently due on June 17, 2015

8. Appellant requests an extension of time of 30 days from the present date, i.e. July 17, 2015.

9. Two extensions to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

A. Appellant's case raises many areas of appellate consideration many of which are quite complex, including:

a. Multiple search and seizure issues;

b. Issues regarding the admissibility of Appellant's statement to law enforcement;

c. Challenges to a Search Warrant;

d. and the trial court taking judicial notice of evidence during its deliberations, a unique situation that has not been thoroughly litigated on appeal.

B. This is a Murder case that involves a severe sentence and all appellate issues should be given sufficient consideration and time to be develop and properly brief on appeal.

C. Although Appellant's attorney has spent considerable time thus

far, he need additional time to properly prepare Appellant's Brief.

D.    Appellant's attorney has spent extensive time in court appearing on the following dates and cases:

1. Hunt County District Court

    a. 06/16/15 State of Texas v. Kendrick Mosley, Cause No. 1401429;

2. 8th Judicial District Court of Hopkins County:

    a. 06/11/15 State of Texas v. Michael Bryan Smith, Cause No. 1524664

    b. 06/16/15 State of Texas v. Errand Obrian Tinner, Cause No. 1323626;

3. 8th Judicial District Court of Franklin County:

    a. 06/12/15 State of Texas v. Charles Derrick;

4. Franklin County Court at Law:

    a. 06/10/15 State of Texas v. Norman Ball, State of Texas v. Martin Herrera- Flores;

5. Hopkins County Court at Law:

    a. 06/04/15 State of Texas v. Chris Hyche Citation No. 15Z0162

    b. 06/10/15 State of Texas v. Lynn Engelke;

6. 8th Judicial District Court of Delta County:

   a. 06/05/15 State of Texas v. Terrance Parker, Cause No. 7434, State of Texas v. Britney Jester, Cause No. 7431;

7. Cass County District Court:

   a. 06/08/15 State of Texas v. Liroi Kennedy, Cause No. 2014F00175;

8. Lamar County District Court:

   a. 06/15/15 State of Texas v. Justin Roundtree

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Martin Braddy Attorney at Law
121 Oak Avenue
Suite A
Sulphur Springs, Texas 75482
Tel: (903) 885-2040
Fax: (903) 500-2704


By: /s/ Martin Braddy
   Martin Braddy
   State Bar No. 00796240
   martin.braddy@verizon.net
   Attorney for Tony Dewayne Crayton

## CERTIFICATE OF SERVICE

This is to certify that on June 17, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, 110 Main Street Sulphur Springs, Texas 75482, by E-mail.


/s/ Martin Braddy
Martin Braddy